**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

CONTRAVIOUS B GRIER,

    Plaintiff,

v.

TERRENCE KILPATRICK, and
COUNSELOR BROWN;

    Defendants.

CIVIL ACTION NO.: 6:19-cv-78

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's August 29, 2019 Report and Recommendation, (doc. 9), to which Plaintiff has filed not filed objections.[1] Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 9), as the opinion of the Court and **DISMISSES** Plaintiff's Complaint **WITH PREJUDICE**. Because the Court dismisses plaintiff's complaint, his Motion for Documents and Records, (doc. 11), and Motion for Production Order to Resolve Pending Charges, Accusations or Detainers, (doc. 12), are **DISMISSED AS MOOT**. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 28th day of October, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff did file a "letter" to the Court, but it merely contains more of the same "sovereign citizen" ramblings which this Court has previously explained has been consistently rejected by federal courts. (Doc. 9, p. 4.)