AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CONTRAVIOUS B. GRIER,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:19-cv-78

TERRENCE KILPATRICK; and
COUNSELOR BROWN,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated October 28, 2019, adopting the Report and Recommendation of the United States Magistrate Judge, judgment is hereby entered dismissing Plaintiff's Complaint with prejudice.  This case stands closed.

Approved by: _____

| December 23, 2020 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |
| | _____ |
| | (By) Deputy Clerk |

GAS Rev 10/2020